ORIGINAL

FILED

01/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0630

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0630

_____

KRIS HAWKINS,

    Petitioner,

    v.

MONTANA TWENTY FIRST DISTRICT
COURT, RAVALLI COUNTY, HONORABLE
HOWARD RECHT, presiding,

    Respondent.

_____

FILED

JAN 1 4 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Kris Hawkins has petitioned this Court for writ of mandamus to compel Hon. Howard Recht, presiding Judge in Cause No. DV-41-2024-0000090-NC, in the Twenty-First Judicial District Court, Ravalli County, to stay the proceedings and submit Hawkins' motion to disqualify Judge Recht to this Court for further proceedings pursuant to § 3-1-805, MCA.

It has come to this Court's attention that Judge Recht is no longer presiding over this matter and Hon. Kaydee Snipes-Ruiz has assumed jurisdiction over this case.

IT IS THEREFORE ORDERED that Hawkins' petition for writ of mandamus is DENIED as MOOT.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Ravalli County for notification to all parties in Cause No. DV-41-2024-0000090-NC, and to the Honorable Howard Recht.

Dated this 14 day of January, 2025.

_____
Chief Justice

_____

_____

_____

_____
Justices